1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 LARRY STEWART,                          )   NO. CV 12-9337-RGK (AS)
                                          )
12                  Petitioner,           )
                                          )
13            v.                          )   **ORDER ACCEPTING FINDINGS,**
                                          )
14 JOHN SOTO, Warden,                     )   **CONCLUSIONS AND RECOMMENDATIONS OF**
                                          )
15                  Respondent.           )   **UNITED STATES MAGISTRATE JUDGE**
   _____    )

16

17

18

19        Pursuant to 28 U.S.C. section 636, the Court has reviewed the

20 Petition, all of the records herein and the attached Report and

   Recommendation of United States Magistrate Judge.  After having made a

21 de novo determination of the portions of the Report and Recommendation

22 to which Objections were directed, the Court concurs with and accepts

23 the findings and conclusions of the Magistrate Judge.

24

25        IT IS ORDERED that Judgment be entered denying and dismissing the

26 Petition with prejudice.

27

28

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order,

2  the Magistrate Judge's Report and Recommendation and the Judgment herein

3  on counsel for Petitioner and counsel for Respondent.

4

5    LET JUDGMENT BE ENTERED ACCORDINGLY.

6

7    DATED: February 27, 2014.

8

9

10  _____

R. GARY KLAUSNER

11  UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28