**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY STEWART,            )<br>                          )<br>          Petitioner,  )<br>                          )<br>     v.                   )<br>                          )<br>JOHN SOTO, Warden,        )<br>                          )<br>          Respondent.    )<br>_____) | NO. CV 12-9337 RGK (AS)<br><br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: February 27, 2014

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE